```
                  UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT


MICHELLE POLEO-KEEFE,              :
                Plaintiff,         :
                                   :
       v.                          : Docket No. 2:06-CV-221
                                   :
MICHAEL BERGERON, individually     :
and in his official capacity as    :
CALEDONIA COUNTY SHERIFF, and      :
COUNTY OF CALEDONIA, VERMONT,      :
                Defendants.        :
```

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed July 30, 2008. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendant County of Caledonia's motion to dismiss (paper 6) is DENIED. The defendant Sheriff Bergeron's motion for summary judgment (paper 9) is DENIED. In addition, plaintiff's motion for summary judgment (paper 17) on the procedural due process claims is GRANTED and DENIED on the freedom of association claims.

Dated at Burlington, in the District of Vermont, this 28th day of August, 2008.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge
